In the Matter of the Application of JACOB S. WEINERMAN, Appellant, to Compel MARK HENRY SCHNEIDER, an Attorney, Respondent, to Return Fee Received.— Order reversed, with ten dollars costs and disbursements, and motion

granted, with ten dollars costs. No opinion. Settle order on notice. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.